UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDRES REY,            )   CASE NO.: 1:20-cv-22279-CMA
                       )
    Plaintiff,         )
                       )
v.                     )
                       )
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY, and )
CHAD F. WOLF, Acting Secretary, )
                       )
    Defendants.        )
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Andres Rey, by and through undersigned counsel, pursuant to Rule 7.1 Federal Rules of Civil Procedure, hereby submits his Certificate of Interested Persons.

I. **INTERESTED PERSONS**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of the case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    a. Andres Rey (Plaintiff)

    b. Jay L. Farrow, Esq., Farrow Law, P.A. (Plaintiffs' Counsel)

    c. Meera K. Koodie, Esq., Farrow Law, P.A. (Plaintiffs' Counsel)

    d. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and CHAD F. WOLF, Acting Secretary (Defendant)

    e. United States Attorney, Carlos Raurell, Esquire (Defendant's Counsel)

    f. United States Attorney, Ariana Fajardo Orshan, Esquire (Defendant's Counsel)

1

II.     **CORPORATE DISCLOSURE STATEMENT**

Plaintiff Andres Rey is an individual and therefore have no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of stock.

Respectfully submitted,

**FARROW LAW, P.A.**
Attorneys for Plaintiff
4801 S. University Drive, Suite 132
Davie, Florida 33328
Telephone:    (954) 252-9818
Facsimile:     (954) 252-9821
jay@farrowlawfirm.com

BY: */s/Jay Lewis Farrow*
       JAY LEWIS FARROW, ESQ.
       Florida Bar Number: 625213

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record listed below by email on August 11, 2020.

BY: */s/Jay Lewis Farrow*
       JAY LEWIS FARROW, ESQ.

**SERVICE LIST**
*Rey v. United States Department of Homeland Security*
Case No.  20-CV-22279-ALTONAGA

Jay L. Farrow, Esquire
Farrow Law, P.A.
Counsel for Plaintiff
4801 S. University Drive, Suite 132
Davie, Florida 33328
jay@farrowlawfirm.com
meera@farrowlawfirm.com
service@farrowlawfirm.com

Ariana Fajardo Orshan, Esquire
Carlos Raurell, Esquire
Counsel for Defendant
United States Attorney's Office
99 NE 4th Street, Third Floor
Miami, FL 33132
Carlos.raurell@usdoj.gov