UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22279-ALTONAGA

ANDRES REY,

    Plaintiff,

v.

CHAD F. WOLF, ACTING SECRETARY
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PARTIES

Defendant, Chad F. Wolf, Acting Secretary, Department of Homeland Security, hereby files the following list of persons (not including Plaintiff and his counsel), associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including affiliates, parent corporations, and other identifiable legal entities related to it:

1. None

Dated: August 12, 2020

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ Carlos Raurell
       Assistant United States Attorney
       Fla. Bar No. 529893
       Email: Carlos.Raurell@usdoj.gov
       United States Attorney's Office
       99 NE 4th Street, Third Floor

          Miami, Florida 33132
          Tel: (305) 609-1469

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

On this date, I filed the foregoing document with the Clerk of Court using CM/ECF.

          /s/ Carlos Raurell
          Assistant United States Attorney