UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22279-ALTONAGA

ANDRES REY,

    Plaintiff,

v.

CHAD F. WOLF, ACTING SECRETARY
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, ANDRES REY, by and through undersigned counsel, and pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this voluntary dismissal of the above styled action without prejudice against Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 27, 2020, I electronically filed a true and exact copy of the foregoing document with the Clerk of the court using the CM/ECF system which will send notifications of such filing to all parties of records on the service list authorized to receive electronic notice to CM/ECF.

                                      BY: */s/Jay Lewis Farrow*
                                               JAY LEWIS FARROW, ESQ.

## **SERVICE LIST**

*Andres Rey v. Chad F. Wolf, Acting Secretary United States Department of Homeland Security*
Case No.  20-CV-22279-CMA

Carlos Raurell, Esquire
Assistant United States Attorney
Fl. Bar No. 529893
United States Attorney's Office
99 N.E. 4th Avenue, Suite 300
Miami, FL 33132
P: 305-961-9243
F: 305-530-7139
Email: carlos.raurell@usdoj.gov